Dear Abel Acosta, clerk

    I am updateing my address with you TDCJ has moved me to the NEAL Unit in Amarillo Texas

              Thank you

              Robert Digman
              1854737
              NEAL Unit
              9055 Spur 591
              Amarillo Texas
                    79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 12 2015

Abel Acosta, Clerk